THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email:  tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| JAVIER VILLANUEVA,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No.: 2:25-cv-00260-DJC-CSK<br><br>**ORDER ON JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response Date:  February 20, 2025<br><br>New Response Date:  March 21, 2025 |

The parties having stipulated thereto and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the deadline for defendant Equifax Information Services, LLC to respond to the Complaint shall be extended 30 days, up to and including March 21, 2025.

Dated: February 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 1 –

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**