**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Javier Villanueva,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., and Equifax Information Services, LLC<br><br>Defendant. | Case No.: 2:25-cv-00260-DJC-CSK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only.

**IT IS SO ORDERED.**

Dated:  August 15, 2025        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

1