**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Javier Villanueva,<br><br>  Plaintiff,<br><br>  v.<br><br>Experian Information Solutions, Inc., and Equifax Information Services, LLC<br><br>  Defendant. | Case No.: 2:25-cv-00260-DJC-CSK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC. ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC Only, and good cause appearing,

  **IT IS ORDERED** that the Stipulation is **GRANTED**.

  The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC only.

  **IT IS SO ORDERED.**

Dated:  August 15, 2025     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE